In the Matter of RUSSELL YOUNG, Petitioner, v ANTONIO COSTANTINO, as Mayor of Village of Seneca Falls, Respondent. [722 NYS2d 678] —Petition unanimously dismissed with costs. Memorandum: Petitioner commenced this special proceeding in this Court seeking the removal of respondent from the office of Mayor of the Village of Seneca Falls pursuant to Public Officers Law § 36. The verified petition alleges 12 causes of action, each of which is based on hearsay. Respondent's verified answer is based on personal knowledge and is supported by the affidavit of a person with personal knowledge. In a special proceeding, the court "shall make a summary determination upon the pleadings, papers and admissions to the extent that no triable issues of fact are raised," and the court "may make any orders permitted on a motion for summary judgment" (CPLR 409 [b]). "In view of the evidence submitted by respondent[ ], it was incumbent upon petitioner[ ] to make at least an evidentiary showing that an issue of fact existed," and we conclude that petitioner failed to make that showing (*Matter of Izzo v Lynn*, 271 AD2d 801, 802; *see*, McLaughlin, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C409:1; *see also, Zuckerman v City of New York*, 49 NY2d 557, 562). (Original Proceeding Pursuant to Public Officers Law § 36.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.